Case Name:  TOEPFER, SHAWN & FARRAH
Case No:    07 B 70218

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: 8./27/07                      WILLIAM T. NEARY
                                        United States Trustee, Region 11


                                  BY:    __/s/_____
                                              CAROLE J. RYCZEK
                                              Attorney for the U.S. Trustee