**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TOEPFER, SHAWN<br>TOEPFER, FARRAH | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70218 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-0472  13-7569973<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **SEPTEMBER 24, 2007** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,030.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,623.67 | |

| JOSEPH D. OLSEN | 0.00 | 27.90 |
| Trustee | | |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 11,301.71

    b. Disbursements      $ 2,565.00

    c. Net Cash Available for Distribution      $ 8,736.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $6,055.14, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $45,892.94.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

8/24/07                                    /s/ Joseph D. Olsen
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0218   Doc 38   Filed 08/28/07   Entered 08/30/07 23:54:41   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jclarke              Page 1 of 1           Date Rcvd: Aug 28, 2007
Case: 07-70218                Form ID: pdf002            Total Served: 31

The following entities were served by first class mail on Aug 30, 2007.
db          +Shawn Toepfer,    6810 Candlewood Ct.,    Loves Park, IL 61111-6221
jdb         +Farrah Toepfer,   6810 Candlewood Ct.,    Loves Park, IL 61111-6221
aty         +Andrew B Nelson,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
              Chicago, IL 60603-5920
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +Joseph D. Olsen,,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty         +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
              Chicago, IL 60603-5920
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11153867     Amcore Bank NA,    Attn: Bankruptcy Department,    PO Box 1537,    Rockford, IL 61110-0037
11153872    +American,    Bankruptcy Dept.,    PO Box 659705,    San Antonio, TX 78265-9705
11153871    +Bank of America,    Bankruptcy Department,    PO Box 1516,    Newark, NJ 07101-1516
11153876    +Bergners,    Attn: Bankruptcy Dept.,    PO Box 17633,    Baltimore, MD 21297-1633
11153865    +Consolidated Resorts, Inc.,    Bankruptcy Department,    801 S. Rampart Blvd., Ste. 200,
              Las Vegas, NV 89145-4898
11153878    +Discover Bank,    c/o Zwicker & Associates, PC,    ATTN: Bankruptcy Dept,    80 Minuteman Road,
              Andover, MA 01810-1008
11153862    +EMC Mortgage,    Bankruptcy Department,    PO Box 660530,    Dallas, TX 75266-0530
11346945    +EMC Mortgage Corp,    c/o McCalla, Raymer et al.,    1544 Old Alabama Rd,    Roswell GA 30076-2102
11153873    +Home Depot Credit Svc/Citicard,    Bankruptcy Department,    PO Box 20483,
              Kansas City, MO 64195-0483
11341955    +Household Bank (SB), N.A.,    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11153869    +Hydrologic,    Bankruptcy Dept,    PO Box 215,    Memphis, TN 38101-0215
11153863    +Irwin Home Equity,    Attn: Bankruptcy Dept.,    PO Box 5029,    San Ramon, CA 94583-0929
11153879    +MBNA America,    Bankruptcy Department,    3451 Harry S. Truman Blvd,    St. Charles, MO 63301-4047
11153864    +Members Alliance Credit Union,    Bankruptcy Department,    2550 S. Alpine Rd.,
              Rockford, IL 61108-7813
11153866    +Rockford Municipal C.U.,    Attn: Bankruptcy Dept.,    425 E. State St.,    Rockford, IL 61104-1068
11357515    +Shoppers Charge Account,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
11153868    +US Department of Education,    Bankruptcy Department,    PO Box 4169,    Greensville, TX 75403-4169
11153875    +WFNNB,    Bankruptcy Department,    PO Box 182283,    Columbus, OH 43218-2283
11153870    +Wells Fargo,    Bankruptcy Department,    PO Box 98798,    Las Vegas, NV 89193-8798
11153877    +Wells Fargo Bank,    c/o Tiburon Financial LLC,    ATTN: Bankruptcy Dept,    218A S 108th Ave,
              Omaha, NE 68154-2631
11153880    +Wolpoff & Abramson, LLP,    Bankruptcy Department,    702 King Farm Blvd.,
              Rockville, MD 20850-5774
11281989    +World Financial Network National Bank,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission on Aug 29, 2007.
11319267    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2007 04:00:09
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11409666     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11423317     AMCORE Bank 1210 S Alpine Rd Rockford IL,    Attn: DeeDee Lunquist
11234681     MembersAlliance Credit Union
11153874*   +Home Depot Credit Svc/Citicard,    Bankruptcy Department,    PO Box 20483,
              Kansas City, MO 64195-0483
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 30, 2007**          **Signature:**  _/s/ Joseph Speetjens_