# JPMorganChase

June 01, 2007 through June 29, 2007
Primary Account: **000312102261765**

**IMAGES**
ACCOUNT # 000312102261766




009170053144 JUN 20 #0000000101 $2,065.00



009170053144 JUN 20 #0000000101 $2,065.00

Exhibit "A"

# JPMorganChase

August 01, 2007 through August 31, 2007
Primary Account: **000312102261765**

**IMAGES**

ACCOUNT # 000312102261766




008670300104 AUG 21 #0000000102 $500.00



008670300104 AUG 21 #0000000102 $500.00

JPMorganChase

September 29, 2007 through October 31, 2007
Account Number: **000312102261766**

**IMAGES**

ACCOUNT # 000312102261766





008970363588 OCT 01 #0000000103 $1,030.00



008970363588 OCT 01 #0000000103 $1,030.00



008970363589 OCT 01 #0000000104 $1,623.67



008970363589 OCT 01 #0000000104 $1,623.67

JPMorganChase

September 29, 2007 through October 31, 2007
Account Number: **000312102261766**

ACCOUNT # 000312102261766




009170334194 OCT 01 #0000000105 $27.90



009170334194 OCT 01 #0000000105 $27.90



108570455052 OCT 01 #0000000106 $589.40



108570455052 OCT 01 #0000000106 $589.40

# JPMorganChase

September 29, 2007 through October 31, 2007
Account Number: **000312102261766**

ACCOUNT # 000312102261766





009170288704 OCT 01 #0000000107 $1,452.74



009170288704 OCT 01 #0000000107 $1,452.74



008170238028 OCT 01 #0000000108 $203.07



008170238028 OCT 01 #0000000108 $203.07

# JPMorganChase

September 29, 2007 through October 31, 2007
Account Number: **000312102261766**

ACCOUNT # 000312102261766



009170302196 OCT 01 #0000000109 $717.98



009170302196 OCT 01 #0000000109 $717.98



008870701633 OCT 03 #0000000110 $790.49



008870701633 OCT 03 #0000000110 $790.49



# JPMorganChase

September 29, 2007 through October 31, 2007
Account Number: **000312102261766**

ACCOUNT # 000312102261766



008870701632 OCT 03 #0000000111 $773.20





008870701632 OCT 03 #0000000111 $773.20

# JPMorganChase

September 01, 2007 through September 28, 2007
Primary Account: **000312102261765**

## IMAGES

ACCOUNT # 000312102261766



008770891870 SEP 27 #0000000112 $1,528.26



008770891870 SEP 27 #0000000112 $1,528.26



# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 29, 2007 through October 31, 2007
Account Number: **000312102261766**

## CUSTOMER SERVICE INFORMATION

Service Center:  1-800-634-5273



00015619 DBI 802 24 30507 - NNN  1  000000000  60 0000
07-70218 TOEPFER SHAWN
TOEPFER FARRAH DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $7,208.45 |
| Checks Paid | 9 | - 7,208.45 |
| Ending Balance | 9 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 103 | 10/01 | $1,030.00 |
| 104 | 10/01 | 1,623.67 |
| 105 | 10/01 | 27.90 |
| 106 | 10/01 | 589.40 |
| 107 | 10/01 | 1,452.74 |
| 108 | 10/01 | 203.07 |
| 109 | 10/01 | 717.98 |
| 110 | 10/03 | 790.49 |
| 111 | 10/03 | 773.20 |
| **Total Checks Paid** |  | **$7,208.45** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $1,563.69 |
| 10/03 | 0.00 |